■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIFFANY M. MAZZOCCHI, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Supreme Court, Ontario County (John J. Ark, J.), rendered May 4, 2006. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. NOBLE, Appellant. [881 NYS2d 359]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered October 26, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Pine and Gorski, JJ.